# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4656 | **DATE** | 8/28/08 |
| **CASE TITLE** | Furnace Brook LLC v. Playboy Enterprises, Inc. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 10/15/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Case 1:08-cv-04656  Document 6  Filed 08/28/2008  Page 1 of 1